UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL R. HYMES and ILANA HARWAYNE-GIDANSKY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02352-JFB-ARL |

## MOTION TO WITHDRAW JANINE L. POLLACK AS COUNSEL FOR PLAINTIFFS

PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Eastern District of New York, Janine L. Pollack moves for leave to withdraw her appearance as counsel of record for Plaintiffs Saul R. Hymes and Ilana Harwayne-Gidansky. As of May 4, 2020, Janine L. Pollack is no longer with The Sultzer Law Group, P.C. The above-named plaintiffs will continue to be represented by counsel at Wolf Haldenstein Adler Freeman & Herz LLP. Accordingly, no parties would be prejudiced if this motion is granted.

Dated: May 8, 2020

Respectfully submitted,


By: /s/ *Janine L. Pollack*
Janine L. Pollack
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036-5803
Telephone: 212-899-1765
Email: jpollack@calcaterrapollack.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on that on May 8, 2020, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

**CALCATERRA POLLACK LLP**

By: /s/ *Janine L. Pollack*
Janine L. Pollack
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Telephone: 212-899-1765
Email: jpollack@calcaterrapollack.com