# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Mark W. Mosier**

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5435
mmosier@cov.com

Via CM/ECF                                             October 9, 2020

Honorable Arlene R. Lindsay
United States District Court for the Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

> Re: *Hymes v. Bank of America, N.A.*, No. 2:18-cv-02352 (RRM/ARL)
> *Cantero v. Bank of America, N.A.*, No. 1:18-cv-04157 (RRM/ARL)

Dear Judge Lindsay:

Pursuant to Your Honor's July 6, 2020 minute order, the parties write to provide a joint status report.

As the parties previously notified Your Honor, Bank of America moved for interlocutory appeal of Chief Judge Mauskopf's order rejecting Bank of America's National Bank Act preemption defense. *See Hymes* ECF No. 65; *Cantero* ECF No. 51. On October 7, 2020, Chief Judge Mauskopf entered an order granting that motion and stayed proceedings in this case pending a decision from the Second Circuit on Bank of America's petition(s) for permission to file an interlocutory appeal. *See Hymes* ECF No. 79; *Cantero* ECF No. 59.

Bank of America is authorized to state that Plaintiffs' counsel has reviewed this letter and authorizes Bank of America to file it on behalf of all parties to this case.

Respectfully submitted,

/s/ Mark Mosier
COVINGTON & BURLING LLP
One City Center
850 10th Street NW
Washington, D.C. 20001
T: (202) 662-6000
mmosier@cov.com

*Attorney for Defendant Bank of America, N.A.*

/s/ Kevin Cooper (by permission)
WOLF HALDENSTEIN ADLER FREEMAN
   & HERZ LLP
270 Madison Avenue
New York, NY 10016
T:  (212) 545-4600
kcooper@whafh.com

*Attorney for Plaintiffs Ilana Harwayne-
   Gidansky and Saul R. Hymes*


/s/ Todd Garber (by permission)
Finkelstein, Blankinship, Frei-Pearson &
   Garber LLC
One North Broadway
Suite 900
White Plains, NY 10601
T:  (914) 298-3282
tgarber@fbfglaw.com

*Attorney for Plaintiff Alex Cantero*

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2020, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

/s/ Mark Mosier
COVINGTON & BURLING LLP
One City Center
850 10th Street NW
Washington, D.C. 20001
T: (202) 662-6000
mmosier@cov.com

DC: 7396758-1