# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand twenty-four,

Saul R. Hymes, Ilana Harwayne-Gidansky, on behalf of themselves and all others similarly situated,

    Plaintiffs - Appellees,

v.

Bank of America, N.A.,

    Defendant - Appellant.

**ORDER**
Docket No. 21-403

By the Supreme Court's Opinion filed on May 30, 2024, the above referenced case is reinstated restoring jurisdiction to this Court. The mandate in this case is hereby recalled and the case is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/25/2024